IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARSHALL DON BARROWS**                                                           **PLAINTIFF**

v.                              No. 4:13CV00479 KGB-BD

**TIM HELDER, et al.**                                                            **DEFENDANTS**

## ORDER

On August 20, 2013, Marshall Don Barrows, an inmate at the Washington County Detention Center, filed a complaint under 42 U.S.C. § 1983 (Dkt. No. 2). Mr. Barrows alleges that his constitutional rights were violated while he was housed at the Washington County Detention Center.

Washington County is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Fayetteville Division, John Paul Hammerschmidt Federal Building, 35 East Mount Street, Room 510, Fayetteville, Arkansas 72701.

IT IS SO ORDERED this 21st day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE